UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| K.F., by and through her next friends, GREG and BELINDA FELIX, et al.,    )<br>　　　Plaintiff(s),　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>FRANCIS HOWELL R-III SCHOOL　　　　)<br>DISTRICT,　　　　　　　　　　　　　　)<br>　　　Defendant(s).　　　　　　　　　　) | Case No. 4:07CV01691 ERW |

## JUDGMENT

In accordance with the memorandum and order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Defendant Francis Howell R-III School District shall have judgment against Plaintiffs K.F., by and through her next friends Greg and Belinda Felix, Greg Felix and Belinda Felix, on Count II of Plaintiffs' Complaint. Count II of Plaintiffs' Complaint is **DISMISSED with prejudice**.

Dated this 17th Day of March, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ E. Richard Webber
　　　　　　　　　　　　　　　　　　　　　　　　E. RICHARD WEBBER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1